UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAYMOND L. JAMES,

    Petitioner,

v.                                                     Case No. 8:11-cv-1441-T-23EAJ

SECRETARY, Department of Corrections,

    Respondent.
_____/

## **O R D E R**

James petitions for the writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1) and challenges the validity of his state convictions for carrying a concealed weapon, possession of a firearm by a convicted felon, and possession of a firearm during the commission of a felony, for which James serves fifteen years. Rule 4, Rules Governing Section 2254 Cases, requires both a preliminary review of the petition for the writ of habeas corpus and a summary dismissal "[i]f it plainly appears from the face of the petition and any exhibits annexed to it that the petitioner is not entitled to relief in the district court . . . ." James's petition fails to substantially comply with the requirements of Rule 2(c), Rules Governing Section 2254 Cases, because James failed to sign the petition under penalty of perjury as required by Rules 2(c) and 11, Federal Rules of Civil Procedure, and Rule 1.05(d), Local Rules of the Middle District of Florida. Neither the petition (Doc. 1) nor the supporting memorandum (Doc. 2) are signed. This case cannot proceed based on the unsigned pleading. James is advised that the one-year

limitation will continue to run until James files a properly signed petition for the writ of habeas corpus.  See Duncan v. Walker, 533 U.S. 167 (2001).[*]

Additionally, James neither paid the $5.00 filing fee nor requested leave to proceed in forma pauperis.  The clerk shall send to James the required form for moving to proceed in forma pauperis.

Accordingly, the petition (Doc. 1) and supporting memorandum (Doc. 2) are **STRICKEN**.  James must commence a new case by filing a properly signed petition.  The clerk shall send to James the required form for moving to proceed in forma pauperis.  The clerk shall close this case.

ORDERED in Tampa, Florida, on July 12, 2011.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

[*] A preliminary review of the petition shows that James's one-year limitation will expire in early August, 2011.